492 A.2d 1118

**FOREMOST INSURANCE COMPANY, Appellant,**

v.

**INSURANCE DEPARTMENT OF the COMMONWEALTH OF PENNSYLVANIA and the Pennsylvania Automobile Insurance Plan.**

Supreme Court of Pennsylvania.

Argued May 14, 1985.

Decided May 28, 1985.

S. Walter Foulkrod, III, Harrisburg, R. James Reynolds, Jr., Philadelphia, for appellant.

Albert Strohecker, Hannah Leavitt, Harrisburg, for appellee Com. Ins. Dept.

Martin J. Hertz, Pro Hoc Vice, New York City, John J. McLean, Jr., Mark R. Hornak, Pittsburgh, Jessie L. Smith, Harrisburg, for appellee Pa. Automobile Ins. Plan.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Order affirmed.

HUTCHINSON, J., did not participate in the consideration or decision of this case.

## JUDGMENT

ON CONSIDERATION WHEREOF, it is now hereby ordered and adjudged by this Court that the Order of the Commonwealth Court is affirmed.